UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against

STERLING ANDERSON,

                           Defendant.
-----------------------------------------------------------------------x

**ORDER**
17 CR 759 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the conference currently scheduled for Tuesday, January 21, 2020, is adjourned to February 24, 2020, at 12:00 p.m.

SO ORDERED.

Dated: New York, New York
        January 7, 2020

                                               *Kimba M. Wood*
                                         KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE