

Law Firm of
## Susan K. Marcus, LLC
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 • F: 888-291-2078 • E: susan@skmarcuslaw.com

February 19, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/20

**VIA ECF**

Honorable Kimba Wood
United States District Judge
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

In re: *United States v. Sterling Anderson*, 17-CR-759

Dear Judge Wood:

I write to request an adjournment of the status conference set for Monday, February 24, 2020. I have an appearance in a capital case out of district that day. Mr. Anderson is still in Odyssey House. I request a date in approximately thirty days (except March 16, 24 or 26). AUSA Balsamello and PO Joseph Perry consent to the adjournment.

Thank you for your consideration of this request.

Sincerely,

*The conference is adjourned to March 26, 2020, at 11:00 a.m.* /s/ K. Maw

Susan K. Marcus, Esq.
Attorney for Sterling Anderson

2-20-20
SO ORDERED:    N.Y., N.Y.

_____
KIMBA M. WOOD
U.S.D.J.