UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

               v.                                     17-CR-759 (KMW)

**<u>ORDER</u>**

STERLING ANDERSON,

              Defendant.
--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

     In an effort to reduce all parties' risk of exposure to COVID-19, the conference scheduled for March 26, 2020 at 11:00 a.m. is adjourned *sine die*.

Dated: New York, New York
       March 17, 2020                                  /s/ Kimba M. Wood
                                                           KIMBA M. WOOD
                                                    United States District Judge